VERNON JOHNSON v. T. W. LEE.

(Filed 28 April, 1965.)

APPEAL by defendant from *McKinnon, J.,* September, 1964 Session, WAKE Superior Court.

The plaintiff instituted this civil action to recover $555.00 for moving a frame building from one of defendant's lots to another. The plaintiff alleged the parties had an agreement that plaintiff would furnish all heavy equipment and operators and that the defendant would provide at his own expense other labor necessary to complete the job. The parties agreed that the plaintiff should be paid $15.00 per hour for the moving operation. The evidence disclosed that the plaintiff furnished equipment and operators for 30 hours for which he was entitled to recover $450.00. He alleged, further, that the defendant failed to furnish the other labor necessary to finish the work, and that plaintiff had to pay for such other labor the sum of $105.00.

The defendant admitted making a contract but contended he was due a credit of $350.00 because of the damage to the building caused by the plaintiff's negligence in removing it. He also alleged that the defendant was due him a credit of $80.47 on an old account.

After hearing the evidence of both parties, the jury found the defendant was due the plaintiff $555.00 for moving the building; that the defendant was due a credit of $22.29 on the old account. From a judgment in favor of the plaintiff for $532.71, the defendant appealed.

*Basil L. Sherrill, for plaintiff appellee.*
*Stanley L. Seligson for defendant appellant.*

PER CURIAM. The dispute between the parties involved issues of fact. After hearing both parties, the jury resolved the dispute and the judgment was entered in accordance with the findings, which are supported by the evidence.

No error.

––––––––––

DONALD BULLARD, ADMINISTRATOR OF THE ESTATE OF J. W. BULLARD, DECEASED v. BRYANT JOHNSON.

(Filed 28 April, 1965.)

APPEAL by plaintiff from *May, S. J.,* October 12, 1964, Civil Session of LEE.